

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2015

No. 04-14-00508-CV

Rudy **MENDEZ**,
Appellant

v.

**CITY OF SAN ANTONIO BUILDING STANDARDS BOARD**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-08659
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

After appellant filed an affidavit of indigence, the trial court held a hearing on contests to the affidavit. On January 21, 2015, the trial court filed a supplemental clerk's record containing an order granting the contests filed by the Bexar County District Clerk and the official court reporter. Accordingly, appellant is required to pay all costs on appeal and appellant is hereby **ORDERED** to

(1) Pay the filing fee of $195.00, which was due when this appeal was filed, **not later than February 5, 2015**. *See* TEX. GOV'T CODE ANN. § 51.941(a) (West 2013); *id.* §§ 51.0051, 51.207(b)(1), 51.208 (West 2013); TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN CIVIL CASES IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 13-9127, Aug. 16, 2013). If appellant fails to respond satisfactorily within the time ordered, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3.

(2) Provide written proof to this court **not later than February 5, 2015** that the clerk's fee has been paid or arrangements have been made to pay the clerk's fee. If appellant fails to file such written proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

(3) Provide written proof to this court **not later than February 5, 2015** that the reporter's fee has been paid or arrangements have been made to pay the reporter's fee. If appellant fails to respond within the time provided, this court will only consider those issues or

points raised in appellant's brief that do not require a reporter's record for a decision.  *See* TEX. R. APP. P. 37.3(c).

Sandee Bryan Marion
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of January, 2015.

Keith E. Hottle
Clerk of Court